UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
F I L E D
SEP 0 1 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                              INDICTMENT NO. 6:22-CR-57-REW

JOSEPH DYE

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. §§ 371, 922(a)(3), & 924(a)(1)(D)

Beginning on or about a date in July 2020, and continuing through on or about a date in April 2021, in Whitley, Laurel, and Knox Counties, in the Eastern District of Kentucky, and elsewhere,

**JOSEPH DYE**

did knowingly and willfully conspire with others, to include K.G. and J.S., while not being licensed importers, manufacturers, dealers, and collectors of firearms within the meaning of Chapter 44 of Title 18, United States Code, to transport into and receive in the State of Illinois, where **DYE** resided, firearms purchased and otherwise obtained outside the State of Illinois, all in violation of 18 U.S.C. §§ 922(a)(3) and 924(a)(1)(D).

*Manner and Means*

The object of the conspiracy was to be accomplished, in substance, by co-conspirators obtaining firearms in Kentucky and then transporting the firearms to **DYE** in

Illinois. **DYE** also traveled to Kentucky to purchase firearms at flea markets and then provided the firearms to a co-conspirator to later transport back to **DYE** in Illinois.

### *Overt Acts*

In furtherance of the conspiracy and to effect and accomplish the object thereof, the following overt acts, among others, were committed within the Eastern District of Kentucky and elsewhere:

a. On or about November 12, 2020, K.G. directed J.S. to pick up a firearm K.G. had agreed to purchase, which firearm was a Smith &Wesson M&P 45 pistol bearing serial number DSY8948, and which K.G. purchased for the purpose of later sending the firearm to **DYE** in Chicago, Illinois.

b. On or about December 9, 2020, K.G. informed J.S. that **DYE** had inquired whether J.S. could be in Chicago, Illinois "by Friday" because **DYE** had "a few sold already," and J.S. confirmed he could "be there tomorrow."

c. On or about March 8, 2021, K.G. arranged via Facebook Messenger to purchase a Springfield XD9 pistol bearing serial number BY529416 for the purpose of later sending this firearm to **DYE** in Chicago, Illinois.

d. On or about March 9, 2021, J.S. picked up the Springfield XD9 pistol bearing serial number BY529416 in Somerset, Kentucky for the purpose of later transporting the firearm to **DYE** in Chicago, Illinois.

e. On or about April 10, 2021, J.S., having received confirmation from K.G. that **DYE** was ready to receive firearms, transported firearms to **DYE** in Chicago, Illinois.

<u>COUNT 2</u>
18 U.S.C. § 922(a)(3) & 924(a)(1)(D)
18 U.S.C. § 2

On or about April 10, 2021, in Whitley, Laurel, and Knox Counties, in the Eastern District of Kentucky, and elsewhere,

**JOSEPH DYE,**

aided and abetted by others and while not being a licensed importer, manufacturer, dealer, and collector of firearms within the meaning of Chapter 44 of Title 18, United States Code, did willfully receive in the State of Illinois, where he then resided, a Springfield XD9 pistol bearing serial number BY529416, said firearm having been purchased by the defendant in the State of Kentucky, all in violation of 18 U.S.C. §§ 922(a)(3) and 924(a)(1)(D).

**A TRUE BILL**

███████████████

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1-2:** Not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.