UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LONDON

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                    CRIMINAL NO. 6:22-cr-00057-REW-HAI-1

JOSEPH DYE                                                                    DEFENDANT

NOTICE OF APPEARANCE FOR THE DEFENDANT

Comes now Bradley Clark, and hereby serves notice of his Entry of Appearance as retained counsel in this matter, and states that she will represent the interests of JOSEPH DYE in this action, and that all related notices, correspondence, pleadings, and all documents relating to this case should be sent to the undersigned. CJA counsel, the Honorable Bryan Sergent should be allowed to withdraw.

Respectfully submitted,

/s Bradley Clark
Suhre & Associates – Lexington
333 W. Vine St., Ste. 300
Lexington, KY 40507
Ph: (859) 474-0001
bclark@suhrelaw.com

CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the

Hon. Gregory Rosenberg Assistant United States Attorney, and Hon. Bryan Sergent, CJA counsel.

/s Bradley Clark  
Bradley Clark  
Counsel for Mr. Dye