UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LONDON
CRIMINAL NO. 6:22-CR-00057-REW-HAI-1

UNITED STATES OF AMERICA                                                                                       PLAINTIFF

v.

JOSEPH DYE                                                                                                                   DEFENDANT

### MOTION TO WITHDRAW

COMES NOW Honorable Bryan K. Sergent, CJA counsel for Defendant, Joseph Dye, and respectfully moves this Court for entry of an Order allowing him to withdraw from his representation.

In support of the request, counsel was appointed to represent the Defendant under the Criminal Justice Act. However, counsel received a Notice of Appearance [#22] from Bradley Clark, an attorney recently retained by this Defendant. The undersigned has forwarded the discovery and pleadings to Ms. Clark via drop box.

The undersigned has tried to contact the Defendant both by mail and telephone. The undersigned has not received a response of any kind from Mr. Dye. I have spoken with Ms. Clark with the belief the Defendant has retained Ms. Clark for his case.

The undersigned is asking for the Motion to Withdraw as Counsel to be granted.

Respectfully submitted,

/s/Bryan K. Sergent
Bryan K. Sergent
Madden Sergent, PLLC
116 Lawyer Street, Ste. 1
Manchester, Kentucky 40962
Phone: 606-598-6124
Fax: 606-598-6129

Email: bsergent@maddensergent.com
Counsel for Defendant
Joseph Dye

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all parties of record.

/s/ Bryan K. Sergent
Counsel for Defendant
Joseph Dye

DISTRIBUTION TO:

Sent via US Mail
Joseph Dye
5643 North Nagle Avenue
Chicago, IL  60646