UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 6:22-CR-57-REW |
| | ) | |
| JOSEPH DYE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

Defendant Joseph Dye, through counsel, moves to extend pretrial deadlines and continue trial.[1] *See* DE 27. Though Dye indicates the United States does not object, the Court **ORDERS** the United States to formally respond by **November 23, 2022**. The Court will then rule in the context of a full record.

Dye also moves to seal DE 27. *See* DE 26. Finding the contents sufficiently sensitive, the Court **GRANTS** DE 26 and **ORDERS** the DE 27 remain properly sealed.

This the 21st day of November, 2022.

Signed By:
*Robert E. Wier*
United States District Judge

---

[1] Currently, trial is scheduled for December 15, 2022, and pretrial filings are due December 5, 2022. *See* DE 16 (Pretrial and Discovery Order).